# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

Name of Debtor(s) listed on the bankruptcy case
In re: Tessa Arianna Lit

CASE NO.: 2:18-bk-09274-mcw

**DEBTOR CHANGE OF ADDRESS**

1. This change of address is requested by: ☒ Debtor ☐ Joint-Debtor

2. **Old Address:**
   Name(s): Tessa Arianna Lit
   Mailing Address: (L) 09102 W. State Ave
   City, State, Zip Code: Glendale AZ 85305

3. **New Address:**
   Mailing Address: 1145 E. Mountain View Rd #213
   City, State, Zip Code: Phx AZ 85020

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/20/18

Requestor's printed name(s): Tessa Lit

Requestor's signature(s): [signature]

Title (if applicable, of corporate officer, partner, or agent): _____

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.
Sept 2015

CHANGE.OF.ADDRESS